# Webb v. The State.

## *Robbery.*

(Decided December 15, 1914. 66 South. 870.)

*Appeal and Error; Review; Record.*—Where there is no bill of exceptions, and the record proper is regular and shows sufficiently to sustain a conviction, there is nothing to review, and the judgment will be affirmed.

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

Bud Webb was convicted of robbery and he appeals. Affirmed.

GEORGE D. FINDLEY, for appellant. No brief reached the Reporter.

R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State. The record is sufficient to sustain the conviction, and there is no bill of exceptions. Hence, there is nothing to review.

PELHAM, P. J.—The defendant was indicted and tried jointly with one Julius Boyd, charged with robbery, and each of the defendants was found guilty and sentenced to serve a term of 12 years each in the penitentiary. Both defendants took an appeal from the judgment of conviction in the trial court, but subsequently the appeal in behalf of Boyd was withdrawn, leaving only the appeal of the defendant Webb for review here.

The transcript proceedings shown by the record proper are regular and sufficient in all things to sustain the judgment appealed from. It is accordingly ordered that the judgment of conviction in the lower court against the defendant, Bud Webb, be affirmed.

Affirmed.